UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                                    :     Case No. 25-22850-SHL
                                                         :
RICHARD PULEO,                                           :     (Chapter 11)
                                                         :
                                    Debtor.              :

---------------------------------------------------------x

### ORDER GRANTING THE UNITED STATES TRUSTEE'S
### MOTION TO DISMISS WITH A ONE YEAR BAR

Upon the motion (the "**UST Motion**") [ECF No. 25] of William K. Harrington, the United States Trustee for Region 2 (the "**United States Trustee**"), for the entry of an order granting the Motion to Dismiss with Prejudice of a One-Year Bar to Refiling, and the Court having held a hearing (the "**Hearing**"); and upon the record of the Hearing conducted on February 24, 2026; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the UST Motion is granted as set forth herein; and is further

ORDERED, that Debtor's case commenced under Chapter 11 of the Bankruptcy Code be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b); and is further

ORDERED, that the Debtor is barred from refiling for bankruptcy relief under any chapter of bankruptcy in any district in the United States for the period of one year from the date of entry of this order (the "**Bar Period**"), absent relief of this Court; and is further

ORDERED, that Debtor is hereby enjoined during the Bar Period from transferring the real property located at 109 Laurel Avenue, Larchmont, New York, 10538, with the purpose of including the property in the bankruptcy estate of any future bankruptcy debtor; and is further

ORDERED that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order

and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: March 24, 2026                                      */s/ Sean H. Lane*
White Plains, New York                                  United States Bankruptcy Judge