**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Richard Puleo

CASE NO.: 25−22850−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx−xx−1383

CHAPTER:  11

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 11 case.

Richard Puleo was dismissed from the case on March 24, 2026 WITH PREJUDICE.

Dated: March 24, 2026

Vito Genna
Clerk of the Court